# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company and ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company,<br><br>      Plaintiffs,<br><br>v.<br><br>JIMMIE "J.D." HART<br><br>      Defendant. | Case No. CIV-10-253-JHP |

## STIPULATION OF DISMISSAL

COMES NOW the parties, by and through their respective attorneys of record, and pursuant to F.R.C.P. 41(a)(1)(A)(ii) hereby submit this Stipulation of Dismissal With Prejudice of all claims of the Plaintiff against the Defendant.  Each party is to bear his/its own attorney fees and costs herein.

Date:  September 22, 2010.

                                                                Respectfully submitted,

                                                                /s/ Weldon Stout_____
                                                                Weldon Stout, OBA #8673
                                                                WRIGHT, STOUT & WILBURN, PLLC
                                                                300 West Broadway; P.O. Box 707
                                                               Muskogee, OK 74402-0707
                                                               Tele: 918.682.1121; Fax: 918.683-6340
                                                               e-mail:  weldon@wsfw-ok.com

and                                                    /s/ Warren Gotcher_____
                                                                GOTCHER & BEAVER
                                                               P.O. Box 160
                                                               McAlester, OK 74501
                                                               Tele: (918) 423-0412
                                                               e-mail:  Warren@Gotcher-Beaver.com